UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD GRINSTEAD, JR., | No. 2:14-cv-0059-KJN |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

The parties' stipulation to an extension of time to file plaintiff's motion for summary judgment (ECF No. 11) is granted. Plaintiff shall file a motion for summary judgment no later than July 7, 2014.

IT IS SO ORDERED.

Dated: June 5, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1