Law Offices of Hadley & Fraulob
230 Fifth Street
Marysville, CA  95901
(530) 743-4458

JOSEPH C. FRAULOB – State Bar #194355
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Harold Grinstead<br><br>                   Plaintiff,<br><br>v.<br><br>Commissioner of Social Security,<br><br>                   Defendant. | Civil Action No: 2:14-cv-00059-KJN<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE MOTION FOR SUMMARY JUDGMENT** |

    IT IS HEREBY STIPULATED between the undersigned attorneys that Plaintiff is granted an extension of thirty days, through Wednesday, August 6, 2014, to file the Motion for Summary Judgment.

Dated:  7/07/14                                      / s / Joseph C. Fraulob
                                                                 Joseph Fraulob
                                                                 Attorney for Plaintiff

Dated:  7/07/14                                      / s / Carolyn B. Chen
                                                                 Carolyn B. Chen
                                                                 Special Assistant U.S. Attorney
                                                                 Attorney for Defendant

IT IS ORDERED.

Dated:  July 9, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE