BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
CAROLYN B. CHEN, CSBN 256628
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8956
     Facsimile: (415) 744-0134
     E-Mail: Carolyn.Chen@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| HAROLD GRINSTEAD,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:14-cv-00059-KJN<br><br>STIPULATION FOR AN EXTENSION OF TIME OF 30 DAYS FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have an extension of time of an additional 30 days to respond to Plaintiff's motion for summary judgment. This is the first continuance sought by Defendant. The current due date is September 5, 2014. The new due date will be October 5, 2014.

    There is good cause for this request. Defendant is seeking this extension due to Defendant's counsel's heavy workload in the last two months and continuing heavy workload, and due to pre-approved leave in September. For the last two months, Defendant's counsel was limited in her ability to work on this case due to two Equal Employment Opportunity Commission (EEOC) cases, one of which had an out-of-state hearing in Phoenix, Arizona, and

involved follow-up and written closing briefs after the hearing, while the other had a motion for summary judgment coming due in September.  Counsel also had a Ninth Circuit opposition brief due in August, and has another Ninth Circuit answering brief due in the next month, and at least 16 pending district court cases at various stages of litigation in the next month.  Because of the factors described above, defense counsel is requesting additional time to fully review the administrative record and research the issues presented by Plaintiff's motion for summary judgment.

     The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Date: September 4, 2014     HADLEY & FRAULOB

*s/ Joseph Fraulob by C.Chen\**
(As authorized by e-mail on 9/4/2014)
JOSEPH FRAULOB
Attorneys for Plaintiff

Date: September 4, 2014     BENJAMIN B. WAGNER
United States Attorney

By *s/ Carolyn B. Chen*
CAROLYN B. CHEN
Special Assistant U. S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED:

Dated:  September 5, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE