HADLEY & FRAULOB
A Professional Law Corporation
230 Fifth Street
Marysville, CA 95901
(916) 743-4458
FAX (530) 743-5008

JOSEPH C. FRAULOB – CA State Bar #194355
Attorney For Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD GRINSTEAD, JR.<br><br>Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.: 2:14-CV-00059-KJN<br><br>**STIPULATION FOR AWARD OF EAJA ATTORNEY FEES AND COSTS** |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that Plaintiff be awarded attorney fees under the Equal Access To Justice Act (EAJA) 28 U.S.C. 2412(d), in the amount of four thousand, nine hundred dollars ($4900.00).  This amount represents compensation for legal services rendered on behalf of Plaintiff by his counsel in connection with this civil action, in accordance with 28 U.S.C. 2412(d).  The parties additionally stipulate that Plaintiff shall be awarded costs under 20 U.S.C. 1920 in the amount of four hundred dollars ($400.00).

   After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to Plaintiff's attorney.  Pursuant to <u>Astrue v. Ratliff</u>, 130 S. Ct. 2521 (U.S. June 14, 2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the

Treasury's Offset Program.  After the order to EAJA fees is entered, the government will determine if it is subject to any offset.

      Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government counsel shall cause the payment of fees to be made directly to Plaintiff's counsel Joseph C. Fraulob, pursuant to the written assignment executed by Plaintiff.  Any and all payments shall be delivered to Plaintiff's counsel Joseph C. Fraulob.

      This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees and does not constitute an admission of liability on the part of Defendant under the EAJA.  Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney fees or costs in connection with this action.

DATE:  May 12, 2015     By /s/ *Joseph Clayton Fraulob*
                                  JOSEPH CLAYTON FRAULOB
                                  Attorney for plaintiff

DATE: May 12, 2015     BENJAMIN B. WAGNER
                                  United States Attorney

                                  By /s/ *Carolyn B. Chen*
                                  (As authorized via email)
                                  CAROLYN B. CHEN
                                  Assistant Regional Counsel

<u>ORDER</u>

APPROVED AND SO ORDERED

Dated:  May 15, 2015

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE